# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

VINCENT R. GORSKI, JR. AS ADMINISTRATOR OF THE ESTATE OF HILARY GORSKI, DECEASED, ON BEHALF OF SAID DECEDENT'S HEIRS-AT-LAW AND NEXT-OF-KIN, AND IN HIS OWN RIGHT AND AS THE PARENT AND NATURAL GUARDIAN OF BRIANNA GORSKI, A MINOR,

        Petitioner

        v.

ANNE E. COLTON, M.D. AND CURT D. MILLER, M.D.,

        Respondents

: No. 82 MAL 2017
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 27th day of July, 2017, the Petition for Allowance of Appeal is **DENIED**.